Copies Sent
jpm

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JOSE OSCAR PINTO**


U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 10 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:07-CR-422 (GHL)**

<u>Seth Buchman, Esq. (CJA)</u>
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX  guilty __ nolo contendere] as to count(s) <u>1 as amended on the record</u>

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while ability was impaired by alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: August 4, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $305.00. Fine of $300.00 is payable no later than February 8, 2008. Special assessment of $5.00 is payable immediately. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** original counts 1 and 2 of the Information are dismissed on motion of the Government.

<u>     January 9, 2008     </u>
Date of Imposition of Sentence

<u>  January 10, 2008  </u>
DATE SIGNED

<u>                             </u>
GEORGE H. LOWE
U.S. Magistrate Judge